William A. Hanssen (Bar No. 110613)
Suzanne V. Stouder (Bar No. 161077)
DRINKER BIDDLE & REATH LLP
1800 Century Park East, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 203-4000
Facsimile:  (310) 229-1285
william.hanssen@dbr.com
suzanne.stouder@dbr.com

Attorneys for Defendant
THE LINCOLN NATIONAL LIFE
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAL KATERSKY, BARRY LAVINE, AS THE INDIVIDUAL TRUSTEE OF THE AMENDED AND RESTATED HAL KATERSKY IRREVOCABLE LIFE INSURANCE TRUST DTD 8/29/2008, HILLARY A. KATERSKY, ANDREW KATERSKY, ROBIN KATERSKY, JEFFREY KATERSKY AND DYLAN ZELMAN<br><br>Plaintiffs,<br><br>vs.<br><br>IMPERIAL PREMIUM FINANCE, LLC; IMPERIAL LIFE SETTLEMENTS, LLC; BANK OF UTAH, and THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>Defendants. | Case No.  CV12-04503 DMG (CWx)<br>Hon. Dolly M. Gee<br>Courtroom 7<br><br>**ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANT THE LINCOLN NATIONAL LIFE INSURANCE COMPANY** |

Defendant, The Lincoln National Life Insurance Company ("Lincoln"), answering the like-numbered paragraphs set forth in the First Amended Complaint ("Complaint") of plaintiffs Hal Katersky, Barry Levine as individual trustee of the Hal Katersky Irrevocable Life Insurance Trust ("Trust"), Hillary Katersky,

Andrew Katersky, Robin Katersky, Jeffrey Katersky and Dylan Zelman (together, "Plaintiffs"), alleges and says:

## NATURE OF THE ACTION

1. Admitted in part. It is admitted only that Lincoln issued a $10 million policy (no. JJ7031503, the "Policy") on the life of Hal Katersky ("Katersky"), and that the present owner and beneficiary of the Policy (as represented to Lincoln) is the Trust. Lincoln is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this Paragraph and, therefore, such allegations are deemed to be denied.

## PARTIES

2. Lincoln is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, such allegations are deemed to be denied.

3. Lincoln is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, such allegations are deemed to be denied.

4. Lincoln is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, such allegations are deemed to be denied.

5. Lincoln is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, such allegations are deemed to be denied.

6. Lincoln is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, such allegations are deemed to be denied.

7. Lincoln is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, such allegations are deemed to be denied.

8. Lincoln is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, such allegations are deemed to be denied.

9. Lincoln is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, such allegations are deemed to be denied.

10. Lincoln is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, such allegations are deemed to be denied.

11. Lincoln is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, such allegations are deemed to be denied.

12. Admitted with respect to only the named defendant in this action, The Lincoln National Life Insurance Company.

## JURISDICTION AND VENUE

13. Lincoln is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, such allegations are deemed to be denied.

14. Lincoln is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, such allegations are deemed to be denied.

## STATEMENT OF FACTS

15. Lincoln is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, such allegations are deemed to be denied.

16. Lincoln is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, such allegations are deemed to be denied.

17. Admitted in part. It is admitted only that Lincoln issued the Policy. Lincoln is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this Paragraph and, therefore, such allegations are deemed to be denied.

18. Admitted in part. It is admitted only that in April, 2008 an application for insurance on the life of Katersky was submitted to Lincoln but coverage was not issued at that time. Lincoln is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this Paragraph and, therefore, such allegations are deemed to be denied.

19. Admitted in part. It is admitted only that in or around July, 2008 a second application for insurance on the life of Katersky was submitted to Lincoln, with Hillary Katersky listed as the prospective owner and beneficiary of the Policy. Lincoln is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this Paragraph and, therefore, such allegations are deemed to be denied.

20. Admitted in part. It is admitted only that Lincoln issued the Policy on August 15, 2008 with Hillary Katersky as the initial owner and beneficiary. The owner and beneficiary of the policy was subsequently changed from Hillary Katersky to the Trust on or about October 29, 2008. Lincoln is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this Paragraph and, therefore, such allegations are deemed to be denied.

21. Lincoln is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, such allegations are deemed to be denied.

22. Lincoln is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, such allegations are deemed to be denied.

23. Lincoln is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, such allegations are deemed to be denied.

24. Lincoln is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, such allegations are deemed to be denied.

25. Lincoln is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, such allegations are deemed to be denied.  By way of further response, Lincoln denies that Imperial Premium Finance ("Imperial") has made any direct payment of premium for the Policy to Lincoln.

26. Lincoln is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, such allegations are deemed to be denied.

27. Lincoln is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, such allegations are deemed to be denied.

28. Lincoln is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, such allegations are deemed to be denied.

29. Lincoln is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, such allegations are deemed to be denied.

30. Upon information and belief, the allegations of this Paragraph are admitted.

31. Lincoln is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, such allegations are deemed to be denied.

32. Lincoln is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, such allegations are deemed to be denied.

33. Lincoln is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, such allegations are deemed to be denied.

34. Lincoln is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, such allegations are deemed to be denied.

35. This Paragraph contains conclusions of law to which no response is required. To the extent a response is required, the allegations in this Paragraph are denied.

36. Admitted in part. It is admitted only that, as represented to Lincoln, Bank of Utah is the present trustee of the Trust. Lincoln is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this Paragraph and, therefore, such allegations are deemed to be denied.

37. Lincoln is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, such allegations are deemed to be denied.

38. Lincoln is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, such allegations are deemed to be denied.

39. Lincoln is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, such allegations are deemed to be denied.

40. Admitted in part. It is admitted only that, as represented to Lincoln, Bank of Utah is the present trustee of the Trust. Lincoln is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in

this Paragraph and, therefore, such allegations are deemed to be denied. By way of further response, Lincoln denies that Imperial "continues to make the monthly premium payments [for the Policy] to Lincoln."

## CLAIMS FOR RELIEF

## FIRST CLAIM FOR RELIEF

41. Lincoln incorporates and restates all responses above as if set forth at length herein.

42. This Paragraph contains conclusions of law to which no response is required. To the extent a response is required, the allegations in this Paragraph are denied.

43. This Paragraph contains conclusions of law to which no response is required. To the extent a response is required, the allegations in this Paragraph are denied.

44. This Paragraph contains conclusions of law to which no response is required. To the extent a response is required, the allegations in this Paragraph are denied.

## SECOND CLAIM FOR RELIEF

45. Lincoln incorporates and restates all responses above as if set forth at length herein.

46. This Paragraph contains conclusions of law to which no response is required. To the extent a response is required, the allegations in this Paragraph are denied.

47. Lincoln is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, such allegations are deemed to be denied.

48. This Paragraph contains conclusions of law to which no response is required. To the extent a response is required, the allegations in this Paragraph are denied.

## THIRD CLAIM FOR RELIEF

49. Lincoln incorporates and restates all responses above as if set forth at length herein.

50. The allegations in this Paragraph are directed to defendants other than Lincoln and no response is required of Lincoln. To the extent that any of the allegations are deemed to be directed against Lincoln, they are denied. To the extent that any of the allegations are directed to defendants other than Lincoln, it is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, such allegations are deemed to be denied.

51. The allegations in this Paragraph are directed to defendants other than Lincoln and no response is required of Lincoln. To the extent that any of the allegations are deemed to be directed against Lincoln, they are denied. To the extent that any of the allegations are directed to defendants other than Lincoln, it is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, such allegations are deemed to be denied.

52. The allegations in this Paragraph are directed to defendants other than Lincoln and no response is required of Lincoln. To the extent that any of the allegations are deemed to be directed against Lincoln, they are denied. To the extent that any of the allegations are directed to defendants other than Lincoln, it is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, such allegations are deemed to be denied.

53. The allegations in this Paragraph are directed to defendants other than Lincoln and no response is required of Lincoln. To the extent that any of the allegations are deemed to be directed against Lincoln, they are denied. To the extent that any of the allegations are directed to defendants other than Lincoln, it is

without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, such allegations are deemed to be denied.

## FOURTH CLAIM FOR RELIEF

54. Lincoln incorporates and restates all responses above as if set forth at length herein.

55. The allegations in this Paragraph are directed to defendants other than Lincoln and no response is required of Lincoln. To the extent that any of the allegations are deemed to be directed against Lincoln, they are denied. To the extent that any of the allegations are directed to defendants other than Lincoln, it is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, such allegations are deemed to be denied.

56. The allegations in this Paragraph are directed to defendants other than Lincoln and no response is required of Lincoln. To the extent that any of the allegations are deemed to be directed against Lincoln, they are denied. To the extent that any of the allegations are directed to defendants other than Lincoln, it is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, such allegations are deemed to be denied.

57. The allegations in this Paragraph are directed to defendants other than Lincoln and no response is required of Lincoln. To the extent that any of the allegations are deemed to be directed against Lincoln, they are denied. To the extent that any of the allegations are directed to defendants other than Lincoln, it is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, such allegations are deemed to be denied.

## FIFTH CLAIM FOR RELIEF

58. Lincoln incorporates and restates all responses above as if set forth at length herein.

59. The allegations in this Paragraph are directed to defendants other than Lincoln and no response is required of Lincoln. To the extent that any of the allegations are deemed to be directed against Lincoln, they are denied. To the extent that any of the allegations are directed to defendants other than Lincoln, it is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, such allegations are deemed to be denied.

60. The allegations in this Paragraph are directed to defendants other than Lincoln and no response is required of Lincoln. To the extent that any of the allegations are deemed to be directed against Lincoln, they are denied. To the extent that any of the allegations are directed to defendants other than Lincoln, it is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, such allegations are deemed to be denied.

61. The allegations in this Paragraph are directed to defendants other than Lincoln and no response is required of Lincoln. To the extent that any of the allegations are deemed to be directed against Lincoln, they are denied. To the extent that any of the allegations are directed to defendants other than Lincoln, it is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, such allegations are deemed to be denied.

62. The allegations in this Paragraph are directed to defendants other than Lincoln and no response is required of Lincoln. To the extent that any of the allegations are deemed to be directed against Lincoln, they are denied. To the extent that any of the allegations are directed to defendants other than Lincoln, it is

1  without knowledge or information sufficient to form a belief as to the truth of the
2  allegations in this Paragraph and, therefore, such allegations are deemed to
3  be denied.

4        63.    The allegations in this Paragraph are directed to defendants other than
5  Lincoln and no response is required of Lincoln.  To the extent that any of the
6  allegations are deemed to be directed against Lincoln, they are denied.  To the
7  extent that any of the allegations are directed to defendants other than Lincoln, it is
8  without knowledge or information sufficient to form a belief as to the truth of the
9  allegations in this Paragraph and, therefore, such allegations are deemed to
10  be denied.

11        64.    The allegations in this Paragraph are directed to defendants other than
12  Lincoln and no response is required of Lincoln.  To the extent that any of the
13  allegations are deemed to be directed against Lincoln, they are denied.  To the
14  extent that any of the allegations are directed to defendants other than Lincoln, it is
15  without knowledge or information sufficient to form a belief as to the truth of the
16  allegations in this Paragraph and, therefore, such allegations are deemed to
17  be denied.

## SIXTH CLAIM FOR RELIEF

19        65.    Lincoln incorporates and restates all responses above as if set forth at
20  length herein.

21        66.    The allegations in this Paragraph are directed to defendants other than
22  Lincoln and no response is required of Lincoln.  To the extent that any of the
23  allegations are deemed to be directed against Lincoln, they are denied.  To the
24  extent that any of the allegations are directed to defendants other than Lincoln, it is
25  without knowledge or information sufficient to form a belief as to the truth of the
26  allegations in this Paragraph and, therefore, such allegations are deemed to
27  be denied.

28

DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
LOS ANGELES

LA01/ 1156280.1　　　　　　　　　　　11

ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANT THE LINCOLN NATIONAL LIFE INSURANCE COMPANY

67. The allegations in this Paragraph are directed to defendants other than Lincoln and no response is required of Lincoln. To the extent that any of the allegations are deemed to be directed against Lincoln, they are denied. To the extent that any of the allegations are directed to defendants other than Lincoln, it is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, such allegations are deemed to be denied.

68. The allegations in this Paragraph are directed to defendants other than Lincoln and no response is required of Lincoln. To the extent that any of the allegations are deemed to be directed against Lincoln, they are denied. To the extent that any of the allegations are directed to defendants other than Lincoln, it is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, such allegations are deemed to be denied.

69. The allegations in this Paragraph are directed to defendants other than Lincoln and no response is required of Lincoln. To the extent that any of the allegations are deemed to be directed against Lincoln, they are denied. To the extent that any of the allegations are directed to defendants other than Lincoln, it is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, such allegations are deemed to be denied.

70. The allegations in this Paragraph are directed to defendants other than Lincoln and no response is required of Lincoln. To the extent that any of the allegations are deemed to be directed against Lincoln, they are denied. To the extent that any of the allegations are directed to defendants other than Lincoln, it is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, such allegations are deemed to be denied.

## SEVENTH CLAIM FOR RELIEF

71.   Lincoln incorporates and restates all responses above as if set forth at length herein.

72.   The allegations in this Paragraph are directed to defendants other than Lincoln and no response is required of Lincoln.  To the extent that any of the allegations are deemed to be directed against Lincoln, they are denied.  To the extent that any of the allegations are directed to defendants other than Lincoln, it is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, such allegations are deemed to be denied.

73.   The allegations in this Paragraph are directed to defendants other than Lincoln and no response is required of Lincoln.  To the extent that any of the allegations are deemed to be directed against Lincoln, they are denied.  To the extent that any of the allegations are directed to defendants other than Lincoln, it is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, such allegations are deemed to be denied.

74.   The allegations in this Paragraph are directed to defendants other than Lincoln and no response is required of Lincoln.  To the extent that any of the allegations are deemed to be directed against Lincoln, they are denied.  To the extent that any of the allegations are directed to defendants other than Lincoln, it is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, such allegations are deemed to be denied.

## EIGHTH CLAIM FOR RELIEF

75.   Lincoln incorporates and restates all responses above as if set forth at length herein.

76. The allegations in this Paragraph are directed to defendants other than Lincoln and no response is required of Lincoln. To the extent that any of the allegations are deemed to be directed against Lincoln, they are denied. To the extent that any of the allegations are directed to defendants other than Lincoln, it is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, such allegations are deemed to be denied.

77. The allegations in this Paragraph are directed to defendants other than Lincoln and no response is required of Lincoln. To the extent that any of the allegations are deemed to be directed against Lincoln, they are denied. To the extent that any of the allegations are directed to defendants other than Lincoln, it is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, such allegations are deemed to be denied.

78. The allegations in this Paragraph are directed to defendants other than Lincoln and no response is required of Lincoln. To the extent that any of the allegations are deemed to be directed against Lincoln, they are denied. To the extent that any of the allegations are directed to defendants other than Lincoln, it is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, such allegations are deemed to be denied.

79. The allegations in this Paragraph are directed to defendants other than Lincoln and no response is required of Lincoln. To the extent that any of the allegations are deemed to be directed against Lincoln, they are denied. To the extent that any of the allegations are directed to defendants other than Lincoln, it is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, such allegations are deemed to be denied.

80. The allegations in this Paragraph are directed to defendants other than Lincoln and no response is required of Lincoln. To the extent that any of the allegations are deemed to be directed against Lincoln, they are denied. To the extent that any of the allegations are directed to defendants other than Lincoln, it is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, such allegations are deemed to be denied.

81. The allegations in this Paragraph are directed to defendants other than Lincoln and no response is required of Lincoln. To the extent that any of the allegations are deemed to be directed against Lincoln, they are denied. To the extent that any of the allegations are directed to defendants other than Lincoln, it is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, such allegations are deemed to be denied.

82. The allegations in this Paragraph are directed to defendants other than Lincoln and no response is required of Lincoln. To the extent that any of the allegations are deemed to be directed against Lincoln, they are denied. To the extent that any of the allegations are directed to defendants other than Lincoln, it is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, such allegations are deemed to be denied.

83. The allegations in this Paragraph are directed to defendants other than Lincoln and no response is required of Lincoln. To the extent that any of the allegations are deemed to be directed against Lincoln, they are denied. To the extent that any of the allegations are directed to defendants other than Lincoln, it is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, such allegations are deemed to be denied.

84.     The allegations in this Paragraph are directed to defendants other than Lincoln and no response is required of Lincoln.  To the extent that any of the allegations are deemed to be directed against Lincoln, they are denied.  To the extent that any of the allegations are directed to defendants other than Lincoln, it is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, such allegations are deemed to be denied.

## AFFIRMATIVE DEFENSES

### First Affirmative Defense

The Complaint fails to state a claim against Lincoln upon which relief can be granted.

### Second Affirmative Defense

The parties' rights are governed by the terms and conditions of the Policy.

### Third Affirmative Defense

The damages, if any, incurred by Plaintiff were caused by the acts and/or omissions of other defendants and/or third-parties over whom Lincoln had no control and for which Lincoln is not liable.

### Fourth Affirmative Defense

Lincoln reserves the right to amend this pleading to include further affirmative defenses that may become known during the course of discovery.

WHEREFORE, Lincoln demands judgment dismissing Plaintiffs' Complaint, together with costs and such other relief as the Court deems just and proper.

Dated:   August 15, 2012          DRINKER BIDDLE & REATH LLP

By: */s/ Suzanne V. Stouder*
William A. Hanssen
Suzanne V. Stouder

Attorneys for Defendant
THE LINCOLN NATIONAL LIFE INSURANCE COMPANY