JS-6

EZRA BRUTZKUS GUBNER LLP
Larry W. Gabriel - Bar No. 68329
Steven T. Gubner - 15693
Corey R. Weber - Bar No. 205912
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
Telephone: (818) 827-9000
Facsimile: (818) 827-9099
Email: lgabriel@ebg-law.com
       sgubner@ebg-law.com
       cweber@ebg-law.com

Attorneys for Plaintiffs

HOLLAND & KNIGHT LLP
Kristina Azlin (State Bar No. 235238)
633 West Fifth Street, 21st Floor
Los Angeles, California 90071-2040
Telephone: (213) 896-2400
Facsimile:  (213) 896-2450
Email: kristina.azlin@hklaw.com

Attorneys for Defendants Imperial Premium Finance, LLC, and Imperial Life Settlements, LLC, Delaware limited liability companies



FILED
CLERK, U.S. DISTRICT COURT
NOV 15 2012
CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| HAL KATERSKY, BARRY LAVINE, AS THE INDIVIDUAL TRUSTEE OF THE AMENDED AND RESTATED HAL KATERSKY IRREVOCABLE LIFE INSURANCE TRUST DTD 8/29/2008, HILLARY A. KATERSKY, ANDREW KATERSKY, ROBIN KATERSKY, JEFFREY KATERSKY AND DYLAN ZELMAN<br><br>              Plaintiffs,<br>vs.<br><br>IMPERIAL PREMIUM FINANCE, LLC; IMPERIAL LIFE SETTLEMENTS, LLC; BANK OF UTAH, AND THE LINCOLN NATIONAL LIFE INSURANCE COMPANY<br><br>              Defendants. | CASE NO. CV12-04503 DMG (CWx)<br><br>Assigned to Hon. Dolly M. Gee<br><br>**JOINT STIPULATION TO DISMISS WITH PREJUDICE** AND ORDER |

Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Tel: 213.896.2400  Fax: 213.896.2450

TO THE COURT, THE CLERK AND ALL PARTIES:

IT IS HEREBY STIPULATED by and between the parties to this action acting through their designated counsel that:

The above-captioned action be and hereby is dismissed with prejudice in its entirety pursuant to Federal Rule of Civil Procedure 41(a)(1), each side to bear its own fees and costs.

Date: October 18, 2012

HOLLAND & KNIGHT LLP

By: _____
Kristina A. Azlin
Attorney for Defendants
Imperial Premium Finance, LLC, Imperial Life Settlements, LLC and Bank of Utah

Date: October 19, 2012

EZRA BRUTZKUS GUBNER LLP

By: _____//s//_____
Larry W. Gabriel
Attorneys for Plaintiffs

Date: October 19, 2012

DRINKER BIDDLE & REATH LLP

By: _____
Suzanne V. Stouder
Attorneys for Defendant The Lincoln National Life Insurance Company

IT IS SO ORDERED.
DATED: November 15, 2012

_____
UNITED STATES DISTRICT JUDGE